# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILLIP GAINES,<br><br>    Defendant. | 2:12-cr-00449-GMN-GWF<br><br>ORDER |

## ORDER

After considering Government's motion to continue the trial date, the Court hereby:

**IT IS ORDERED** that Government's Motion to Continue Trial Date (#49) is granted. The trial date of the above-captioned matter is hereby continued to July 30, 2013, at 8:30 a.m. Oral argument on Defendant's request for release on pre-trial supervision shall be heard on July 8, 2013, at 10:30 a.m.

**DATED** this 1st day of July, 2013.

_____
Gloria M. Navarro
United States District Judge